**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 3, 2023

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No. 23-1256,    Kathrine Thomas v. US
                7:22-cv-00178-FL

TO:    William Clark, President St. Francis Ministries
       St. Francis Ministries
       Kids Central Inc.

REQUESTED FORM(S) DUE:  April 7, 2023

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

   [x] Disclosure Statement

Donna Lett, Deputy Clerk
804-916-2704